UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD LYNN BRYANT, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>OKLAHOMA CITY FTC, et al., )<br>)<br>Respondents. ) | Case No. CIV-24-726-J |

**ORDER**

Petitioner, a prisoner appearing pro se, has filed a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 3]. On August 14, 2024, Judge Erwin issued a Report and Recommendation recommending that the Petition for Writ of Habeas Corpus be dismissed, without prejudice, for Petitioner's failure to comply with the Court's orders. [Doc. No. 5]. Petitioner was advised of his right to object to the Report and Recommendation by September 3, 2024. No objection has been filed. Petitioner has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 5] and DISMISSES Petitioner's Petition for Writ of Habeas Corpus, without prejudice, for Petitioner's failure to comply with the Court's orders.

IT IS SO ORDERED this 16th day of September, 2024.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE